FILED

02/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 15-0427

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 15-0427

RICHARDS DEVELOPMENT COMPANY,
JOHN RICHARDS CONSTRUCTION
COMPANY and SEELEY LAKE READY
MIX COMPANY,

        Petitioners and Appellants,

    v.

STATE OF MONTANA, DEPARTMENT
OF TRANSPORTATION,

        Respondent and Appellee.

FILED

FEB 0 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This appeal has been pending since July 2015 and has never been briefed. On September 14, 2020, attorney Ward "Mick" Taleff filed a Mediator's Report indicating that the parties had settled the matter, subject to certain conditions being met. Taleff anticipated that these conditions would take 60 to 90 days for completion, and he further asserted that the parties would request the briefing schedule be held in abeyance in the interim. Nothing further has been filed since the Mediator's Report.

IT IS ORDERED that, within thirty days of the date of this Order, counsel for the Petitioners and Appellants shall file a report on the status of this appeal.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 2nd day of February, 2021.

For the Court,

By /s/ _____
Chief Justice